## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Gentilella,**
    **Plaintiff,**

**V.**

**CIVIL ACTION**

**NO. 19-40002-TSH**

**Brennan, et al.,**
    **Defendants,**

### ORDER OF DISMISSAL

<u>Hillman,  D. J.</u>

In accordance with the Court's Order dated 6/10/20, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>  6/10/20  </u>       <u>/s/ Martin Castles </u>
    Date       **Deputy Clerk**